**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SS&C TECHNOLOGIES, INC.; SS&C TECHNOLOGIES HOLDINGS, INC.; and DST HEALTH SOLUTIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MCS HEALTHCARE HOLDINGS, LLC and MEDICAL CARD SYSTEM, INC.,<br><br>Defendants. | Case No: 26-mc-474<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS SS&C TECHNOLOGIES, INC.; SS&C TECHNOLOGIES HOLDINGS, INC.; AND DST HEALTH SOLUTIONS, LLC'S MOTION TO SEAL** |

Before the Court is Plaintiffs SS&C Technologies, Inc.; SS&C Technologies Holdings, Inc.; and DST Health Solutions, LLC's (collectively, "SS&C" or "Plaintiffs") Motion to Seal, which seeks leave to file on the public docket in redacted form their Complaint, Motion for a Preliminary Injunction, and the Memorandum of Law in Support of the Motion for a Preliminary Injunction; and which seeks to file entirely under seal Exhibit A to the Complaint, Exhibits A through E to the Declaration of Tori Dargati in Support of the Motion for a Preliminary Injunction, and Exhibits A through E to the Declaration of Christman Rice in Support of the Motion for a Preliminary Injunction.

Having reviewed the application, the supporting papers and declaration and arguments of counsel, and for good cause shown, the Court hereby GRANTS Plaintiffs' request to seal Plaintiffs' Complaint, subject to reconsideration by the assigned District Judge.

**IT IS SO ORDERED.**

United States District/Magistrate Judge
Lewis J. Liman, Sitting in Part 1

Dated: September 29, 2026

New York, New York